AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/03/2025
Clerk, U.S. District Court
Western District of Texas

By: *FMorales*
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -03025(1) - MAT |
| | § |
| (1) JOSE ANTONIO TORRES-LEAL | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 31, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Jose Antonio TORRES-Leal, an alien to the United States and a citizen of Mexico was found approximately .1 mile west of Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PORTILLO, ALEJANDRO
Signature of Complainant
Border Patrol Agent

June 03, 2025                                    at   EL PASO, Texas
Date                                                     City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03025(1)

WESTERN DISTRICT OF TEXAS

(1) JOSE ANTONIO TORRES-LEAL

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on November 19, 2013  through Del Rio, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 3 times, the last one being to MEXICO on November 19, 2013, through DEL RIO, TX.

CRIMINAL HISTORY:
01/27/1994, El Paso, TX, Criminal trespass(M), CNV, 21 days.
03/10/1994, El Paso, TX, Criminal Trespass(M), CNV, 22 days.
10/13/1994, El Paso, TX, Evading arrest or detentin(M), CNV, 45 days.
02/06/2000, Anthony, TX, Re-entry of a Deported Alien(F), CNV, 24 months 2 yrs Sup. Rel..
05/11/2009, Santa Teresa, NM, Re-entry of removed Alien(F), CNV, 46 months.
11/15/2012, El Paso, TX, Illegal Re-entry(F), CNV, 18 months 36 months Sup. Rel..